David W. Duffy
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Michael A. Stout, Utah Bar No. 8278
PETERSON REED WARLAUMONT & STOUT
5217 South State Street, Suite 450
Salt Lake City, Utah 84107
Telephone: (801) 364-4040
Facsimile: (801) 7472270
michael.stout@prw-law.com
[*Utah counsel will seek pro hac vice admission in Alaska*]

Attorneys for Blue Tee Corp dba Brown-Strauss Steel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of BLUE TEE CORP. dba Brown-Strauss Steel, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DENALI GENERAL CONTRACTORS, INC., an Alaska corporation, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation authorized to act as a surety on federal construction projects;<br><br>Defendants. | Case No. 3:10-cv-00101 [HRH]<br><br>**FIRST AMENDED COMPLAINT** |

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]   Page 1 of 7
12215.0002
Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 1 of 7

|   |
|---|
| DENALI GENERAL CONTRACTORS, INC. |
| Third-Party Plaintiff, |
| vs. |
| BLUE TEE CORP. DBA BROWN STRAUSS-STEEL COMPANY, and <br> AMERITECH MACHINE MFG. INC., |
| Third-Party Defendants. |

The United States of America, for the use and benefit of Blue Tee Corp., *dba* Brown-Strauss Steel ("Brown-Strauss"), complains against Denali General Contractors, Inc. ("Denali") and Liberty Mutual Insurance Company ("Liberty Mutual") and alleges as follows:

## JURISDICTION AND VENUE

1. The court has jurisdiction of Brown-Strauss' Miller Act claims under 28 U.S.C. §§ 1331 & 1352, and supplemental jurisdiction of Brown-Strauss' state law claims under 28 U.S.C. § 1367. Venue of this action is proper under 28 U.S.C. §§ 3133 and 1391.

## PARTIES

2. Brown-Strauss is a Delaware corporation, duly licensed and qualified to conduct business in Oregon.

3. Denali is an Alaska corporation with its principal place of business in Anchorage, Alaska.

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]  Page 2 of 7
12215.0002
Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 2 of 7

4. Liberty Mutual is a Massachusetts corporation, which on information and belief is duly authorized to act as a surety on federal construction projects.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

5. On information and belief, the Contracting Division of the Department of the Air Force (the "Bureau") contracted with Denali to construct the "Fuel Cell Hangar/Corrosion Control Hangar" project at Elmendorf Air Force Base, Anchorage, Alaska ("Project"). The contract required Denali to furnish all labor and materials and perform all work required to build the Project in exchange for payment of $209,620.81. Pursuant to 40 U.S.C. §§ 3131, *et seq.*, (the "Miller Act") Denali, as principal, and Liberty Mutual, as surety, duly executed and delivered a payment bond (the "Bond") to the Bureau. Denali and Liberty Mutual bound themselves to assure the payment by Denali of the claims of all persons supplying labor and materials in the prosecution of the work identified in the contract to construct the Project. The Bond was conditioned if Denali promptly paid all persons supplying labor and materials in the prosecution of the work identified in the contract then Liberty Mutual's obligation was void. Otherwise, the Bond remained in full force and effect.

6. The United States, through the Bureau, accepted the Bond.

7. Denali was at all times here mentioned the prime contractor for the Project. Liberty Mutual was at all times here mentioned and now is the surety on the Bond.

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]     Page 3 of 7
12215.0002
Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 3 of 7

8.  Denali contracted with Ameritech Manufacturing, an Oregon corporation, for Ameritech Manufacturing to furnish the labor, equipment, materials and services for the structural and miscellaneous steel fabrication portion of work on the Project.

9.  On or about March 4, 2003, Ameritech Manufacturing and Brown-Strauss entered into a contract whereby Brown-Strauss agreed to sell and Ameritech Manufacturing agreed to pay for structural and miscellaneous steel materials and supplies intended for use on the Project.

10. Beginning on or about August 28, 2009 and continuing until on or about December 16, 2009, and in performance of the contract with Ameritech Manufacturing, Brown-Strauss furnished materials and supplies to Ameritech Manufacturing which Brown-Strauss reasonably and in good faith believed were intended for or were to be incorporated, or used or consumed in building the Project.

11. Brown-Strauss timely performed all conditions of the contract on its part to be performed, and the materials supplied by Brown-Strauss were incorporated into the Project without exception.

12. Despite demand for payment, there remains $209,620.81 due and owing Brown-Strauss, plus prejudgment interest at the contract rate of eighteen percent (18%) per year, costs, and a reasonable attorney's fee.

13. The United States has paid Denali in full for the structural and miscellaneous steel materials Brown-Strauss sold Ameritech Manufacturing for the Project.

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]   Page 4 of 7
12215.0002
Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 4 of 7

# FIRST CLAIM FOR RELIEF
## (Unjust Enrichment)

14. Paragraphs 1 through 13 are here incorporated by reference as if fully set forth.

15. Denali, through Ameritech Manufacturing, requested Brown-Strauss to furnish structural and miscellaneous steel materials and supplies for use on and incorporation into the Project.

16. In furnishing the structural and miscellaneous steel materials and supplies to the project, Brown-Strauss conferred a benefit to Denali and did not act as a volunteer or intermeddler and expected compensation for its structural and miscellaneous steel materials and supplies from Denali.

17. Denali knew or should have known Brown-Strauss expected compensation, and also knew or should have known of Brown-Strauss' performance which benefited Denali.

18. The reasonable agreed value of the structural and miscellaneous steel materials and supplies provided by Brown-Strauss but which remains unpaid is at least $209,620.81.

19. Brown-Strauss is entitled to recover damages from Denali in an amount equal to the reasonable value of the structural and miscellaneous steel materials and supplies furnished to the Project and Denali, plus prejudgment interest, costs and a reasonable attorney's fee.

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]     Page 5 of 7
12215.0002

Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 5 of 7

## SECOND CLAIM FOR RELIEF
### (Miller Act Payment Bond)

20. Paragraphs 1 through 19 are here incorporated by reference as if fully set forth.

21. By reason of Denali's failure to pay Brown-Strauss $209,620.81 and according to the provisions of the Bond and the Miller Act, Denali and Liberty Mutual are indebted to Brown-Strauss in the sum of at least $209,620.81, plus prejudgment interest at the contract rate of eighteen percent (18%) per year, costs, and a reasonable attorney's fee.

22. More than ninety (90) days have passed since Brown-Strauss last furnished structural and miscellaneous steel materials and supplies to the Project; one year has not elapsed since Brown-Strauss last furnished structural and miscellaneous steel materials and supplies to the Project.

WHEREFORE, Brown-Strauss requests a judgment against defendants, and each of them, as follows:

**FIRST CLAIM FOR RELIEF;** for damages in an amount to be proven at trial, but which is believed to be at least $209,620.81; and

**SECOND CLAIM FOR RELIEF;** for damages in an amount to be proven at trial equal to the reasonable value of the structural and miscellaneous steel materials and supplies provided to the Project and Denali, which amount remains unpaid but is believed to be at least $209,620.81; and

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]   Page 6 of 7
12215.0002
Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 6 of 7

**ON ALL CLAIMS FOR RELIEF;** for prejudgment interest at the contract rate of eighteen percent (18%) per year, for award of post judgment interest at the statutory rate, for costs, for reasonable attorneys' fees, and for such further relief as the court deems proper.

Dated: July 22, 2010

OLES MORRISON RINKER & BAKER LLP
Attorneys for Blue Tee Corp dba Brown-Strauss Steel

By: s/David W. Duffy
745 W. 4th Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax: (907) 258-5519
Email: duffy@oles.com
Alaska Bar No. 0605016

CERTIFICATE OF SERVICE

I hereby certify that on 7/22/2010, a copy of the foregoing First Amended Complaint was served electronically on

Grant E. Watts, Esq.
gwatts@hwb-law.com

OLES MORRISON RINKER & BAKER LLP

By: s/David W. Duffy

4841-1017-0374, v. 1

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

First Amended Complaint
*Blue Tee Corp.* v. Denali General Contractors, Case No. 3-10-cv-00101 [HRH]   Page 7 of 7
12215.0002
Case 3:10-cv-00101-HRH   Document 11   Filed 07/26/10   Page 7 of 7