IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
THE UNITED STATES OF AMERICA, for  )
the use and benefit of BLUE TEE    )
CORP., d/b/a Brown-Strauss Steel,  )
a Delaware corporation,            )
                                   )
                      Plaintiff,   )
     vs.                           )
                                   )
DENALI GENERAL CONTRACTORS, INC.,  )
an Alaska corporation, and         )
LIBERTY MUTUAL INSURANCE COMPANY,  )
a Massachusetts corporation        )
authorized to act as a surety on   )
federal construction projects,     )
                                   )
                      Defendants.  )
_____)
                                   )
DENALI GENERAL CONTRACTORS, INC.,  )
                                   )
           Third-Party Plaintiff,  )
                                   )   No. 3:10-cv-0101-HRH
     vs.                           )
                                   )
BLUE TEE CORP., d/b/a BROWN-       )
STRAUSS STEEL COMPANY, and         )
AMERITECH MACHINE MFG., INC.,      )
                                   )
           Third-Party Defendants. )
_____)
```

O R D E R

Stipulation for Dismissal
of Certain Claims with Prejudice[1]

This matter having come before the court upon the Stipulation For Dismissal Of Certain Claims With Prejudice filed by the parties to this action; having considered the relevant pleadings and being fully advised in the premises;

---

[1]Docket No. 40.

- 1 -

IT IS HEREBY ORDERED that Use-Plaintiff and Plaintiff Blue Tee Corporation d/b/a Brown Strauss Steel's claims asserted against Defendants Denali General Contractors, Inc. and Liberty Mutual Insurance Company and Third-Party Plaintiff Denali General Contractors, Inc.'s third-party claims asserted against Third-Party Defendant Blue Tee Corp. d/b/a Brown Strauss Steel Company are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each of those parties to bear their own costs and attorney fees incurred in the above-captioned case.

This order does not encompass or relate to Third-Party Plaintiff Denali General Contractors, Inc.'s claims asserted or assertable against Third-Party Defendant Ameritech Machine MFG, Inc. Pursuant to the above-referenced stipulation, Third-Party Plaintiff Denali General Contractors, Inc. has expressly reserved all claims, rights, remedies, and recourse against Third-Party Ameritech Machine MFG, Inc. This order also does not encompass or relate to claims, rights, remedies and recourse which Blue Tee Corporation d/b/a Brown Strauss Steel has against Ameritech Machine MFG, Inc. As reflected in the above-referenced stipulation, those claims, rights, remedies and recourse which Blue Tee Corporation d/b/a Brown Strauss Steel has against Ameritech Machine MFG, Inc. have been or are in the process of being assigned to Denali General Contractors, Inc. and are expressly reserved.

DATED at Anchorage, Alaska, this <u>14th</u> day of July, 2011.

/s/ H. Russel Holland
United States District Judge