IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
THE UNITED STATES OF AMERICA, for  )
the use and benefit of BLUE TEE    )
CORP., d/b/a Brown-Strauss Steel,  )
a Delaware corporation,            )
                                   )
                   Plaintiff,      )
                                   )
     vs.                           )
                                   )
DENALI GENERAL CONTRACTORS, INC.,  )
an Alaska corporation, and         )
LIBERTY MUTUAL INSURANCE COMPANY,  )
a Massachusetts corporation        )
authorized to act as a surety on   )
federal construction projects,     )
                                   )
                   Defendants.     )
_____)
                                   )
DENALI GENERAL CONTRACTORS, INC.,  )
                                   )
           Third-Party Plaintiff,  )
                                   )   No. 3:10-cv-0101-HRH
     vs.                           )
                                   )
BLUE TEE CORP., d/b/a BROWN-       )
STRAUSS STEEL COMPANY, and         )
AMERITECH MACHINE MFG., INC.,      )
                                   )
           Third-Party Defendants. )
_____)
```

DEFAULT JUDGMENT AGAINST
THIRD-PARTY DEFENDANT
<u>AMERITECH MACHINE MFG., INC.</u>

Third-Party Defendant Ameritech Machine Mfg., Inc. ("Ameritech"), has failed to plead in or otherwise defend this action, and default was entered against Ameritech on December 27,

- 1 -

2010.[1]  Third-Party Plaintiff Denali General Contractors, Inc. ("Denali"), has requested entry of default judgment against Ameritech and has filed affidavits that Ameritech is liable for damages suffered by Denali in the amount of $472,181.65.  Denali has also requested an award of attorney fees pursuant to D. Ak. L.R. 54.3 and Alaska R. Civ. P. 82(b)(4), costs pursuant to D. Ak. L.R. 54.1, and post-judgment interest at the current Treasury rate from the date of judgment until the date of payment.

IT IS ORDERED that default judgment is entered as follows:

Third-Party Plaintiff Denali General Contractors, Inc., shall recover from and have judgment against Third-Party Defendant Ameritech Machine Mfg., Inc., as follows:

| | | |
|---|---|---:|
| a. | Principal Amount: | $472,181.65 |
| b. | Attorney Fees: | $ 8,500.00 |
| c. | Costs: | $ 1,387.08 |
| | TOTAL JUDGMENT: | $482,068.73 |

This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961:  0.10%.

DATED at Anchorage, Alaska, this <u>17th</u> day of November, 2011.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 39.